

FILED
Dec 22   3:55 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHLEEN STONE<br>Plaintiff, | CIVIL ACTION NO:<br>302CV1362 (PCD) |
| vs. | |
| THE CITY OF ENFIELD AND OFFICER<br>DOUGLAS MONTAS<br>INDIVIDUALLY AND IN HIS OFFICIAL<br>CAPACITY AS A POLICE OFFICER OF THE<br>CITY OF ENFIELD<br>Defendants | DECEMBER 18, 2003 |

## MOTION FOR CONTINUANCE OF TRIAL

Plaintiff in the above-entitled matter hereby respectfully moves for a brief continuance of trial.

In support of her Motion, Plaintiff states:

1. Jury selection in the instant matter is scheduled to take place on Friday, January 9, 2004.

2. Trial is expected to last three (3) to four (4) days.

3. On Monday, January 10, 2004, the undersigned counsel is required to appear at the Hartford Superior Court in front on the Honorable John Caruso for the resumption of trial in Lambert v. Lambert, Docket No.: FA-02-0731867-S.

4. On Thursday, January 15, 2004, the undersigned counsel is required to appear at the Hartford Superior Court in front on the Honorable Herbert Barall for the resumption of trial in <u>Hall v. Harrison</u>, Docket No.: FA-97-0716839S.

5. In view of the foregoing, it is requested that trial be continued to February 2, 2004 or some other date which is convenient for the court.

6. The undersigned has contacted the office Attorney Frank J. Szilagyi, counsel for the Defendants, and he is agreeable to the above-requested continuance.

PLAINTIFF

By_____
David R. Kritzman
For Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
(860) 646-5606
Federal Bar No. ct07484

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 18th day of December, 2003, to the following:

Frank J. Szilagyi
Josephine A. Spinella
Silvester & Daly
72 Russ St.
Hartford, CT 06108

Maria N. Stavropoulos
Town of Enfield -Office of the Town Atty.
820 Enfield St.
Enfield, CT 06082

David R. Kritzman
For Beck & Eldergill, P.C.

3