UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHLEEN STONE | : |
| | : |
| VS. | :     CASE NO. 3:02CV1362 (PCD) |
| | : |
| THE CITY OF ENFIELD, ET AL. | : |

## ENDORSEMENT ORDER

The Motion for Continuance of Trial, document no. 25, is GRANTED IN PART. Jury selection will remain on January 9, if the case is reached. Counsel shall keep in touch with Ms. Villano, Courtroom Deputy, as to the precedent cases. If this case is reached for jury selection, actual trial will be deferred until completion of the two state trials. If the case is not reached for jury selection on January 9, it will be scheduled in February 2004.

SO ORDERED. Dated at New Haven, Connecticut, this 24th day of December, 2003.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court