HONORABLE **PCD** (revised January 18, 200_)
DEPUTY CLERK P. Villano   RPTR/ERO/TAPE Sherman Falcone

TOTAL TIME: ___ hours ___ minutes

DATE 1/9/04    START TIME 9:00a   END TIME 4:55
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Stone
                              CIVIL NO 3:02cv1362 (PCD)
                                                            David Kritzman
                                                            Plaintiffs Counsel
   vs.
                              ☐ SEE ATTACHED CALENDAR FOR COUNSEL
                                                            Frank Szilagyi
Town of Enfield                                             Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☑ ☑ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐ # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☑ 18 # jurors present
☑ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☑ Voir Dire by Court
☑ Peremptory challenges exercised (See attached)
☑ Jury of 10 drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☐ Remaining jurors excused
☐ Discovery deadline set for _____
☐ Disposition Motions due _____
☐ Joint trial memorandum due _____
☐ Jury continued until 2/23  10:00a

☑ COPY TO JURY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Stone

vs.

Town of Enfield

CASE NO. 3:02cv1362 (PCD)

## CIVIL CHALLENGES

#4
1. Bradford Wall

#31
2. Dana Satkowski

#11
3. Thomas Tetrault

#17
4. Deborah Porter

#26
5. David Bender

6. _____

7. _____

8. _____

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

Counsel for Plaintiff(s)

Kitzman

Counsel for Defendant(s)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Stone
VS.
Town of Enfield

CASE NO. 3.02cv1362 (PCD)

## CIVIL CHALLENGES

| Counsel for Plaintiff (s) | Counsel for Defendant (s) |
|---|---|
| 1. _____ | 1. 61 William Tracey |
| 2. _____ | 2. 63 Turell, Williams |
| 3. _____ | 3. 64 Rhonda Thomas |
| 4. _____ | 4. 67 Lawrence Greene |
| 5. _____ | 5. 1 Jane Stevens |
| 6. _____ | 6. _____ |
| 7. _____ | 7. _____ |
| 8. _____ | 8. _____ |

Judge's List

Judge: PETER C. DORSEY
Event: 3:98CV1035(PCD)
Description: DUNKLEY V DUARTE

*[handwritten: 3:02CV1362 Stone v. Town of Enfield trial 2/23]*

Date: 1/9/04
Time: 9:09 AM

Random

| No. | Part No. | Pool Seq. | Name | Code |
|---|---|---|---|---|
| 1 | 100175384 | 01-0119 | STEVENS, JANE H — HAMDEN — REALTOR SECRETARY | |
| 2 | 100079172 | 01-0043 | ANDERSON, CONSTANCE S — OLD LYME — REALESTATE SALES | |
| 3 | 100067744 | 01-0077 | MYNARSKI, VICTOR B — UNCASVILLE — RETIRED | |
| 4 | 100075600 | 01-0041 | WALL, BRADFORD S — NORWICH — ENGINEER | |
| 5 | 100174377 | 01-0124 | ARESCO, SHERRY E — EAST HAMPTON — MEDICAL SECRETARY | J1 |
| 6 | 100156301 | 01-0080 | RYAN, JAMES E — CHESHIRE — MACHINE WORKER | |
| 7 | 100145267 | 01-0085 | STEVENS, MARK ALLAN — EAST HAMPTON — ENGINEER | |
| 8 | 100166922 | 01-0022 | JACOBSEN, JUDITH A — MILFORD — CLERK | |
| 9 | 100139431 | 01-0026 | NATALE, SHARON L — WATERBURY — PURCHASING | |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

| Random No. | Part No. | Pool Seq. | Name | Code |
|---|---|---|---|---|
| 10 | 100160988 | 01-0037 | MCLAUGHLIN, BONITA L<br>WEST HAVEN — RECEPTIONIST | |
| 11 | 100139895 | 01-0084 | TETRAULT, THOMAS R<br>MIDDLETOWN — WATER UTILITY WORKER | |
| 12 | 100079082 | 01-0087 | WHEELER, BARBARA A<br>STONINGTON — SALES/CLERK | |
| 13 | 100078928 | 01-0110 | COOKE, MICHAELE C<br>GROTON — INTERIOR DESIGNER | |
| 14 | 100055215 | 01-0089 | SHARR, SANDRA A<br>NOANK — ATTORNEY | |
| 15 | 100133685 | 01-0012 | HAMBERG, DELLA G<br>OLD SAYBROOK — BUSINESS OWNER | |
| 16 | 100167834 | 01-0079 | TURMAN, MICHAEL J<br>ANSONIA — WAREHOUSE WORKER | |
| 17 | 100179380 | 01-0020 | PORTER, DEBORAH E<br>PROSPECT — SECRETARIAL | |
| 18 | 100165350 | 01-0044 | DEMETROPOULOS, SHARON LEE<br>HAMDEN — SELF EMPLOYED | J2 |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY                                    Date: 1/9/04
Event: 3:98CV1035(PCD)                                    Time: 9:09 AM
Description: DUNKLEY V DUARTE

Random

| No. | Part No. | Pool Seq. | Name | Code |
|-----|----------|-----------|------|------|
| 19 | 100069997 | 01-0036 | SIISMETS, AVO ERIK<br>OAKDALE — MECHANICAL ENGINEER | |
| 20 | 100171394 | 01-0027 | BISBEE-SIMONDS, PAMELA B<br>GUILFORD — RETIRED | J3 |
| 21 | 100141768 | 01-0125 | LUNDBERG, NANCY M<br>GUILFORD — RETIRED | |
| 22 | 100179321 | 01-0081 | CAREY, CAROL A<br>EAST HAMPTON — RETIRED | |
| 23 | 100067551 | 01-0104 | CHREIMAN JR, PAUL E<br>COLCHESTER — SALES | |
| 24 | 100130034 | 01-0076 | SANCOMB, JOHN T<br>HAMDEN — CONSULTANT | |
| 25 | 100171986 | 01-0107 | MICHELANGELO, MARIA N<br>NORTHFORD — CLERK | |
| 26 | 100173578 | 01-0013 | BENDER, DAVID P<br>GUILFORD — VP OPERATIONS | |
| 27 | 100127729 | 01-0062 | DELEO, MARISA ANN<br>MILFORD — DUCK POND PRE SCH | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Page 3 of 9

Judge's List

Judge: PETER C. DORSEY                                Date: 1/9/04
Event: 3:98CV1035(PCD)                                Time: 9:09 AM
Description: DUNKLEY V DUARTE

Random

| No. | Part No. | Pool Seq | Name | | Notes |
|-----|----------|----------|------|---|-------|
| 28 | 100149564 | 01-0004 | LEPRI, VERONICA M<br>FINANCIAL SPECIALIST | WALLINGFORD | |
| 29 | 100068772 | 01-0058 | BOLTZ, LELAND W<br>ENGINEER | UNCASVILLE | |
| 30 | 100078347 | 01-0068 | FOSTER, CHRISTOPHER P<br>ASST DIR ADMISSIONS | FARMINGTON | |
| 31 | 100158647 | 01-0051 | SATKOWSKI, DANA M<br>MACHINE OPERATOR | BEACON FALLS | |
| 32 | 100178224 | 01-0017 | PATTERSON, MELANIE<br>MED SONOGRAPHER | DURHAM | |
| 33 | 100150300 | 01-0042 | WYNNE, TRICIA A<br>RESEARCHER | BRANFORD | J4 |
| 34 | 100075244 | 01-0123 | SCHICK, ALAN R<br>CARPENTER | MYSTIC | |
| 35 | 100078739 | 01-0074 | EVANS, PATRICIA K<br>SECRETARY | VOLUNTOWN | |
| 36 | 100067525 | 01-0083 | WILBUR, THOMAS G<br>APPLICATION ANALYST | GALES FERRY | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

Random  
| No. | Part No. | Pool Seq. | Name | | Code |
|---|---|---|---|---|---|
| 37 | 100170735 | 01-0095 | MELLING, JAMES A | | |
| | NEW HAVEN | | INDUSTRIAL DESIGNER | | |
| 38 | 100167085 | 01-0091 | MORAN, MATTHEW T | | |
| | EAST HAVEN | | DENTAL SALES | | |
| 39 | 100138130 | 01-0069 | KOSOWSKY, BARRY L | | |
| | EAST HAVEN | | ACCOUNTING MGR | | |
| 40 | 100161810 | 01-0054 | HOBBS, WAYNE P | | |
| | NEW HAVEN | | PRINTER | | |
| 41 | 100127210 | 01-0049 | PAULSEN, ALBERT C | | |
| | BRANFORD | | RETIRED | | |
| 42 | 100127587 | 01-0047 | STRZEPEK, CATHY G | | |
| | WESTBROOK | | HOUSEWIFE | | |
| 43 | 100069600 | 01-0030 | LATAILLE-SANTIAGO, CHRISTINE A | | |
| | WINDHAM | | BANKER | | |
| 44 | 100075586 | 01-0005 | CHERNOVITSKY, BELLA | | |
| | NEW LONDON | | SUPPLY ANALYST | | |
| 45 | 100079070 | 01-0118 | TASCA, ROBBIE B | | |
| | WEST MYSTIC | | AUTO DEALER G.M. | | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

Random

| No. | Part No. | Pool Seq. | Name | Code |
|-----|----------|-----------|------|------|
| 46 | 100171595 01-0088 | BRAMAN, BARRY W<br>HAMDEN / RETIRED | | J5 |
| 47 | 100079952 01-0001 | VALLOMBROSO, IRENE C<br>OLD LYME / MILITARY SERVICE | | |
| 48 | 100175744 01-0045 | ARMETTA, CARL R<br>MIDDLETOWN / BUSINESS OWNER | | J6 |
| 49 | 100167168 01-0008 | JAQUIERY, EDITH G<br>NORTH BRANFORD / TRAINING MGR | | |
| 50 | 100132909 01-0113 | TRUINI, PAUUL<br>OXFORD / SYSTEM ENGINEER | | J7 |
| 51 | 100134695 01-0059 | WRONSKI, RICHARD P<br>HAMDEN / ADJUNCT INSTRUCTOR | | |
| 52 | 100070905 01-0018 | MAIN, RENEE<br>BOZRAH / EXECUTIVE OFFICER | | |
| 53 | 100139426 01-0009 | BARBARA, FRANK R<br>NORTH HAVEN / RETIRED | | J8 |
| 54 | 100147561 01-0111 | LEE, DALE T<br>MIDDLETOWN / INFO SVS TECH | | J9 |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

Random

| No. | Part No. | Pool Seq. | Name | Code (Legend) |
|---|---|---|---|---|
| 55 | 100080776 | 01-0070 | BELL, JANET<br>MYSTIC<br>REAL ESTATE BROKER | J10 |
| 56 | 100166649 | 01-0040 | SWANSON, CYNTHIA F<br>NORTH BRANFORD<br>SECRETARY | |
| 57 | 100147914 | 01-0050 | STILKEY, HAZEN O<br>WOLCOTT<br>RETIRED | |
| 58 | 100166041 | 01-0046 | RIVERA-DEFELICE, ANNETTE<br>EAST HAVEN<br>STORE MANAGER | |
| 59 | 100177722 | 01-0099 | GOODE, RICHARD F<br>MIDDLEBURY<br>TARIFF MGMT | |
| 60 | 100143221 | 01-0016 | TVARDZIK, MICHAEL J<br>ANSONIA<br>INSPECTOR | |
| 61 | 100123399 | 01-0010 | BRACEY, WILLIAM H<br>NAUGATUCK<br>CHAUFFEUR LIMOUSINE | |
| 62 | 100067964 | 01-0065 | CUMMINGS, PAUL<br>OAKDALE | |
| 63 | 100177100 | 01-0103 | WILLIAMS, TIRRELL M<br>NEW HAVEN<br>CNA | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Page 7 of 9

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

Random

| No. | Part No. | Pool Seq. | Name | Code |
|---|---|---|---|---|
| 64 | 100079508 | 01-0092 | THOMAS, RHONDA K<br>OAKDALE<br>CUSTODIAN | |
| 65 | 100151974 | 01-0034 | SCHECHTER, KRISTEN L<br>CHESHIRE<br>SOCIAL WORKER | |
| 66 | 100131745 | 01-0003 | MASSIE, JEANNETTE<br>NAUGATUCK<br>SOFT LINE DEPT MGR | |
| 67 | 100140103 | 01-0025 | GREENE JR, LAWRENCE G<br>NEW HAVEN<br>HOUSEKEEPING | |
| 68 | 100161238 | 01-0105 | CHALMERS, DOUGLAS A<br>KILLINGWORTH<br>PROFESSOR | |
| 69 | 100080532 | 01-0060 | GOODE, DEBORAH K<br>NORWICH | |
| 70 | 100135595 | 01-0019 | SUROWIECKI, ROBERT S<br>MERIDEN<br>Electrician | |
| 71 | 100155157 | 01-0023 | LEPRE JR, JAMES D<br>BRANFORD<br>CLERK | |
| 72 | 100178436 | 01-0011 | PORCU, THERESA<br>DERBY<br>MEMBERSHIP COORD | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY                                              Date: 1/9/04
Event: 3:98CV1035(PCD)                                              Time: 9:09 AM
Description: DUNKLEY V DUARTE

Random
| No. | Part No. | Pool Seq. | Name | Code |
|---|---|---|---|---|
| 73 | 100141177 | 01-0038 | KUIVILA, RONALD J<br>MIDDLETOWN<br>PROFESSOR | |
| 74 | 100067721 | 01-0098 | ROLLA, WILLIAM R<br>VOLUNTOWN<br>ELECTRICAL ENGINEER | |
| 75 | 100175514 | 01-0006 | HANDY, LORALEI E<br>NEW HAVEN<br>MACHINE OPEATOR | |
| 76 | 100077830 | 01-0112 | WHEELER, SANDRA S<br>WATERFORD<br>RETIRED | |
| 77 | 100079171 | 01-0064 | SETEVAGE, KRISTEN A<br>GALES FERRY<br>STUDENT | |
| 78 | 100164944 | 01-0048 | GREEN, CHERYL L<br>NEW HAVEN | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.