FILED

2004 JAN 14 P 2: 0

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHLEEN STONE | CIVIL ACTION NO. |
| Plaintiff | 302CV1362(DJS) |
| v. | |
| THE CITY OF ENFIELD AND OFFICER DOUGLAS MONTAS, INDIVIDUALLY AND IN HIS CAPACITY AS A POLICE OFFICER OF THE CITY OF ENFIELD | |
| Defendants | JANUARY 13, 2004 |

## ANSWER AND SPECIAL DEFENSES

**III.   COUNT ONE: AS AGAINST ALL DEFENDANTS**

6. As to the allegations contained in Paragraph 6 of the First Count of the Complaint, the Defendants, Town of Enfield and Douglas Montas, have insufficient knowledge or information upon which to form a belief and, therefore, leave the Plaintiff to her burden of proof.

7. The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 7 of the First Count of the Complaint.

8. As to the allegations contained in Paragraph 8 of the First Count of the Complaint, the Defendants, Town of Enfield and Douglas Montas, have insufficient

knowledge or information upon which to form a belief and, therefore, leave the Plaintiff to her burden of proof.

9. The Defendants, Town of Enfield and Officer Douglas Montas, admits the allegations contained in Paragraph 9 of the First Count of the Complaint.

10. The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 10 of the First Count of the Complaint.

11. The Defendants, Town of Enfield and Officer Douglas Montas, admits the allegations contained in Paragraph 11 of the First Count of the Complaint.

12. As to the allegations contained in Paragraph 12 of the First Count of the Complaint, the Defendants, Town of Enfield and Douglas Montas, have insufficient knowledge or information upon which to form a belief and, therefore, leave the Plaintiff to her burden of proof.

13. The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 13 of the First Count of the Complaint.

14. The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 14 of the First Count of the Complaint.

15. The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 15 of the First Count of the Complaint.

**SILVESTER & DALY**
72 RUSS STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243

16. The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 16 of the First Count of the Complaint.

17. The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 17 of the First Count of the Complaint.

18. The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 18 of the First Count of the Complaint.

19. The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 19 of the First Count of the Complaint.

20. The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 20 of the First Count of the Complaint.

21. The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 21 of the First Count of the Complaint.

22. The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 22 of the First Count of the Complaint.

23. The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 23 of the First Count of the Complaint.

24. The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 24 of the First Count of the Complaint.

**SILVESTER & DALY**
72 RUSS STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243

25.  The Defendants, Town of Enfield and Officer Douglas Montas, deny the allegations contained in Paragraph 25 of the First Count of the Complaint.

IV.  **COUNT TWO: AS AGAINST DEFENDANT MONTAS**

26-44. The Defendant, Officer Douglas Montas, hereby restates the answers to Paragraphs 6 through 25 of the First Count and hereby restates the same and make them his answers to Paragraphs 26 through 44 of this, the Second Count, as if more fully set forth herein.

45.  The Defendant, Officer Douglas Montas, denies the allegations contained in Paragraph 45 of the Second Count of the Complaint.

46.  As to the allegations contained in Paragraph 46 of the Second Count of the Complaint, the Defendant, Officer Douglas Montas, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to her burden of proof.

V.  **COUNT THREE: AS AGAINST THE CITY OF ENFIELD**

47-65. The Defendant, Town of Enfield, hereby restates the answers to Paragraphs 6 through 20 and 22 through 25 of the First Count and hereby restates the same and make them their answers to Paragraphs 47 through 65 of this, the Third Count, as if more fully set forth herein.

**SILVESTER & DALY**
72 Russ Street • Hartford, Connecticut 06106 • (860) 278-2650 • Fax (860) 727-9243

66. The Defendant, Town of Enfield, denies the allegations contained in Paragraph 66 of the Third Count of the Complaint.

67. The Defendant, Town of Enfield, denies the allegations contained in Paragraph 66 of the Third Count of the Complaint.

68. The Defendant, Town of Enfield, denies so much of Paragraph 68 of the Third Count of the Complaint as reads, "The City of Enfield is liable to the Plaintiff and bound to indemnify Defendant Montas and the other officers under Conn. Gen. Stat. §§7-465 and 7-101a." The Defendant, Town of Enfield, admits the remainder of Paragraph 68 of the Third Count of the Complaint.

69. As to the allegations contained in Paragraph 69 of the Third Count of the Complaint, the Defendant, Town of Enfield, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to her burden of proof.

SILVESTER & DALY
72 RUSS STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243

## SPECIAL DEFENSES

### FIRST SPECIAL DEFENSE
### AS TO ALL COUNTS

The Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND SPECIAL DEFENSE
### AS TO COUNT ONE

The doctrine of qualified immunity precludes the Plaintiff's recovery.

### THIRD SPECIAL DEFENSE
### AS TO COUNT THREE

The doctrine of governmental immunity, Connecticut General Statutes §52-557n, precludes the Plaintiff's recovery.

THE DEFENDANTS,
TOWN OF ENFIELD and
OFFICER DOUGLAS MONTAS

By: /s/ Josephine A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly
72 Russ Street
Hartford, CT 06103
Tel. (860) 278-2650
Federal Bar No. CT24009

SILVESTER & DALY
72 RUSS STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243

## CERTIFICATION

I, Josephine A. Spinella, attorney for the Defendants, hereby certifies that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 13th day of January, 2004 to:

David R. Kritzman, Esq.
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040

By: /s/ Josephine A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly

nai-stone/answer.011204