UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHLEEN STONE : | CIVIL ACTION NO. |
|     Plaintiff : | 302CV1362(PCD) |
| : | |
| v. : | |
| : | |
| THE CITY OF ENFIELD AND OFFICER : | |
| DOUGLAS MONTAS, INDIVIDUALLY AND : | |
| IN HIS CAPACITY AS A POLICE OFFICER : | |
| OF THE CITY OF ENFIELD : | |
|     Defendants : | JANUARY 16, 2004 |

### SECTION 7-465 STATEMENT

The Defendant, City of Enfield, hereby files its statement pursuant to Connecticut General Statutes Section 7-465 (a) that it will pay any verdict rendered against the City's employee, Douglas Montas.

                          THE DEFENDANT,
                          TOWN OF ENFIELD and
                          OFFICER DOUGLAS MONTAS

                          By: _/s/ Josephine A. Spinella_
                          JOSEPHINE A. SPINELLA
                          Silvester & Daly
                          72 Russ Street
                          Hartford, CT 06103
                          Tel. (860) 278-2650
                          Federal Bar No. CT24009

## CERTIFICATION

I, Josephine A. Spinella, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 16th day of January, 2004 to:

David R. Kritzman, Esq.
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040

By: *J. A. Spinella*
JOSEPHINE A. SPINELLA
Silvester & Daly

nai-stone/sec 7-465 statement.011404