UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHLEEN STONE<br>　　　Plaintiff, | CIVIL ACTION NO:302CV1362 (PCD) |
| VS. | |
| THE CITY OF ENFIELD AND OFFICER DOUGLAS MONTAS INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER OF THE CITY OF ENFIELD<br>　　　Defendants | JANUARY 30, 2004 |

### PLAINTIFF'S NOTICE OF COMPLIANCE WITH TRIAL PREPARATION ORDER

Plaintiff hereby gives notice of her compliance with the Court's Trial Preparation Order by hand-delivering Section A to opposing counsel.

PLAINTIFF

By_____
David R. Kritzman
For Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
(860) 646-5606
Federal Bar No. ct07484

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed and/or hand-delivered on this 30th day of January, 2004, to the following:

Frank J. Szilagyi
Josephine A. Spinella
Silvester & Daly
72 Russ St.
Hartford, CT 06108

Maria N. Stavropoulos
Town of Enfield - Office of the Town Atty
820 Enfield St.
Enfield, CT 06082

David R. Kritzman
For Beck & Eldergill, P.C.

2