## ADDENDUM

**A. REQUEST TO CHARGE**

**Entire Request to Charge on Qualified Immunity:**

The doctrine of qualified immunity shields police officers acting in their official capacity from suits for damages under 42 U.S.C. § 1983. In this case, the Defendants have claimed, as an affirmative defense, that they are entitled to this immunity. The question of qualified immunity is one to be decided by me, not you. To help me make this decision, you will be asked to answer a question in the jury interrogatories given to you.

*The balance of the Court's proposed charge regarding qualified immunity should not be given to the jury as it constitutes an issue of law which must be decided by the Court.*

**B. SUPPLEMENTAL REQUEST FOR JURY INTERROGATORY**

**Interrogatory: Qualified immunity: No.2**

If you answered "Yes" in Question 1, do you find that any force used against the plaintiff was "excessive", as I have previously defined that term, in light of all the circumstances of the case?

*Thereafter, the interrogatory should continue as proposed in the Court's format referring to individual names.*