UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHLEEN STONE | : | CIVIL ACTION NO: |
|     Plaintiff, | : | |
| | : | 302CV1362 (PCD) |
| vs. | : | |
| | : | |
| THE CITY OF ENFIELD AND OFFICER | : | |
| DOUGLAS MONTAS | : | |
| INDIVIDUALLY AND IN HIS OFFICIAL | : | |
| CAPACITY AS A POLICE OFFICER OF THE | : | |
| CITY OF ENFIELD | : | FEBRUARY 19, 2004 |
|     Defendants | : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendants hereby stipulate that this case is dismissed, with prejudice and without costs, expenses or attorneys' fees.

                                               PLAINTIFF

                                               By
                                                  David R. Kritzman
                                                  For Beck & Eldergill, P.C.
                                                  447 Center Street
                                                  Manchester, CT 06040
                                                  (860) 646-5606
                                                  Federal Bar No. ct07484

                                                  DEFENDANTS

                                        By
                                            Frank J. Szilagyi
                                            Silvester & Daly
                                            72 Russ Street
                                            Hartford, CT 06108
                                            (860) 278-2650
                                            Federal Bar No. ct07859

## **CERTIFICATION OF SERVICE**

     I hereby certify that a copy of the foregoing was hand-delivered and/or mailed on this 19th  day of February, 2004 , to the following:

Frank J. Szilagyi
Josephine A. Spinella
Silvester & Daly
72 Russ St.
Hartford, CT 06108

Maria N. Stavropoulos
Town of Enfield - Office of the Town Atty
820 Enfield St.
Enfield, CT 06082

                                            David R.  Kritzman
                                            For Beck & Eldergill, P.C.