UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHLEEN STONE<br>　　　Plaintiff, | CIVIL ACTION NO: |
| vs. | 302CV1362 (PCD) |
| THE CITY OF ENFIELD AND OFFICER DOUGLAS MONTAS INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER OF THE CITY OF ENFIELD<br>　　　Defendants | FEBRUARY 19, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendants hereby stipulate that this case is dismissed, with prejudice and without costs, expenses or attorneys' fees.

PLAINTIFF

By_____
David R. Kritzman
For Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
(860) 646-5606
Federal Bar No. ct07484

FILED
Feb 24  2 09 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk
By_____
Deputy Clerk

LAW OFFICES
**BECK AND ELDERGILL, P.C.**
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS No. 02702